| Case | Docket | Date | Court/Agency | Disposition |
|---|---|---|---|---|
| Punzo v. UCBR (Wellspan Med Gr) | 800CD16 | 03/01/2017 | Unemployment Compensation Board of Review B–586974–A | Affirmed |
| Varner v. Swatara Township | 153CD17 | 03/01/2017 | Dauphin County 2016–CV–5745–EQ | Affirmed |
| Shortt v. East Marlborough Twp. ZHB | 1401CD15 | 03/02/2017 | Chester County No. 2013–11135–ZB | Affirmed |
| Dutton v. Tax Review Bd. (City of Phil.) | 108CD16, 109CD16, 110CD16 | 03/02/2017 | Philadelphia County No. 00735 November Term, 2014 | Affirmed |
| Elliott v. PLRB | 588CD16 | 03/02/2017 | Pennsylvania Labor Relations Board PERA–C–14–358–E | Affirmed |
| Baker v. DEP | 633CD16 | 03/02/2017 | Environmental Hearing Board EHB Dkt. No. 2014–151–R | Affirmed |
| Huntley v. OOR (DOC) | 1202CD16 | 03/02/2017 | Office of Open Records AP 2016–0968 | Affirmed |
| Rovenolt v. WCAB (Reliant Sr. Care Holdings) | 1351CD16 | 03/02/2017 | Workers' Compensation Appeal Board A15–1075 | Affirmed |
| Boro. of Paxtang v. Hoyer | 596CD16 | 03/03/2017 | Dauphin County 2015–CV–04672–CV | Affirmed |
| Roper v. UCBR | 684CD16 | 03/03/2017 | Unemployment Compensation Board of Review B–587452 | Affirmed |